UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00914-MDC |
| Plaintiff, | ORDER |
| v. | |
| DAVID CHRISTOPHER MAPHET, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Status Hearing currently scheduled for December 4, 2025, at the hour of 1:30 p.m., be vacated and continued to  January 8, 2026  at the hour of   1:30  p .m.

DATED this  4th  day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3