UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>David Christopher Maphet,<br><br>　　　　Defendant. | Case No. 2:24-mj-00914-MDC<br><br>**Order** |

　　The Court finds that Mr. Maphet has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

　　IT IS THEREFORE ORDERED that the Status Hearing scheduled on January 8, 2025 at 1:30 p.m., be vacated.

　　IT IS FURTHER ORDERED this case is closed.

　　DATED this 30th day of December, 2025.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3